NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN
OPERATIONS, INC.,
*Plaintiffs-Appellants,*

v.

UNITED STATES AND UNITED STATES CUSTOMS
AND BORDER PROTECTION,
*Defendants-Appellees,*

AND

INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

KINCAID FURNITURE CO., INC., L. & J.G.
STICKLEY, INC., SANDBERG FURNITURE
MANUFACTURING COMPANY, INC., STANLEY
FURNITURE COMPANY, INC., T. COPELAND AND
SONS, INC., AND VAUGHAN-BASSETT FURNITURE
COMPANY, INC.
*Defendants-Appellees.*

---

2012-1200

---

Appeal from the United States Court of International
Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before DYK, *Circuit Judge*.

### O R D E R

Upon consideration of The Timken Company and MPB Corporation's motion for leave to file a brief amici curiae in support of the defendants-appellees,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 8 2012**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Joseph W. Dorn, Esq.
   Jeffrey S. Grimson, Esq.
   Patrick V. Gallagher, Esq.
   Jessica R. Toplin, Esq.
   Craig A. Lewis, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2012

JAN HORBALY
CLERK